UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BUILDERS BANK,

        Plaintiff,

-against-

BEACH 116-23 LLC and MAURICE ENBAR

        Defendants.
-----------------------------------------------------------------x

NOT FOR PUBLICATION
ORDER
09-CV-02220 (CBA) (RER)

AMON, Chief United States District Judge:

      This Court has received the Report and Recommendation ("R&R") of the Honorable Ramon E. Reyes, Jr., United States Magistrate Judge, dated April 15, 2011, recommending that defendants' motion for leave to amend their answer be denied, and plaintiff's motion for summary judgment be granted subject to additional briefing regarding the monetary judgment sought against defendants. No objection to the R&R has been filed with the Court. The Court has reviewed the R&R and adopts in full the recommendation contained in it. Plaintiff is directed to file any papers addressing the deficiencies set forth by the Magistrate Judge with respect to the money judgment by August 15, 2011, with defendants' response due by September 5, 2011.

      SO ORDERED.

Dated:      Brooklyn, New York
             July 7, 2011

                                                         /s/ Carol Bagley Amon
                                                       _____
                                                         Carol Bagley Amon
                                                        Chief United States District Judge